■ Naomi Jones, Appellant, v Robert M. Armstrong, Respondent. [768 NYS2d 716]—Appeal from an order of the Supreme Court (Caruso, J.), entered October 31, 2002 in Schenectady County, which granted defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Vito C. Caruso.

Cardona, P.J., Mercure, Peters, Spain and Carpinello, JJ., concur. Ordered that the order is affirmed, with costs.